**Arthur KOHLER, Jr., Petitioner–Appellant,**

v.

**Walter KELLY, Superintendent, Respondent–Appellee.**

No. 1668, Docket 94–2548.

United States Court of Appeals, Second Circuit.

Argued June 15, 1995.

Decided June 28, 1995.

R. Nils Olsen, Jr., Getzville, NY, for petitioner-appellant.

Troy Oechsner, Asst. Atty. Gen. (Peter H. Schiff, Deputy Sol. Gen. of the State of N.Y.,

---

Dennis C. Vacco, Atty. Gen. of the State of N.Y., Nancy A. Spiegel, Asst. Atty. Gen., of counsel), for respondent-appellee.

Before: WINTER, MAHONEY, and JACOBS, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated in Judge Curtin's opinion. *See* 890 F.Supp. 207.